**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| ADEAN HILL, JR., | § | |
| | § | |
| Plaintiff, | § | Case No. 4:25-cv-00939-JCB |
| | § | |
| v. | § | |
| | § | |
| LAW OFFICE OF JONATHAN C. FRANK & ASSOCIATES, PLLC, | § | |
| | § | |
| | § | |
| Defendant. | § | |

## PLAINTIFF'S MOTION TO ALTER OR AMEND THE ORDER OF DISMISSAL

Plaintiff Adean Hill, Jr. respectfully moves under Federal Rules of Civil Procedure 59(e) and 60(b) to amend the Court's August 6, 2026 Order (Doc. 20) to provide that the dismissal of this action is without prejudice. The motion is timely, filed within twenty-eight days of that Order.

1. Plaintiff filed this action on August 26, 2025. Defendant was served (Doc. 5) but never answered or appeared, and the Clerk entered its default on September 29, 2025 (Doc. 7).

2. On July 31, 2026—before Defendant served any answer or motion for summary judgment—Plaintiff filed a notice of voluntary dismissal under Rule 41(a)(1)(A)(i), expressly stating that the dismissal was without prejudice (Doc. 18). That notice required no court order, and an entry of default is neither an answer nor a motion for summary judgment; the notice was therefore self-executing and dismissed the action the moment it was filed.

3. The dismissal is without prejudice as a matter of law. Rule 41(a)(1)(B) makes a notice dismissal without prejudice unless the notice states otherwise; here the notice stated

without prejudice, and the rule's two-dismissal exception does not apply because Plaintiff has never previously dismissed any action based on or including the same claim.

4. On August 6, 2026, the Court entered an oral order dismissing the action with prejudice "pursuant to FRCP 41(a) and Doc. 18 notice of dismissal" (Doc. 20). Both authorities, however, compel a dismissal without prejudice—Rule 41(a) by its terms, and Doc. 18 by its own request—and the self-executing notice had already dismissed the action without prejudice before the Order issued. The Order's contrary direction respectfully cannot stand.

5. The requested correction prejudices no one. Defendant defaulted and has never appeared, and has no interest in whether the dismissal is with or without prejudice.

6. For these reasons, Plaintiff respectfully requests that the Court amend its August 6, 2026 Order to provide that the dismissal of this action is without prejudice.

Dated: August 8, 2026

Respectfully submitted,

JAVITCH LAW OFFICE

/s/ Mark L. Javitch
Mark L. Javitch
CA Bar No. 323729 (admitted pro hac vice)
mark@javitchlawoffice.com
3 East 3rd Ave., Ste. 200
San Mateo, CA 94401
Tel: (650) 781-8000
Fax: (650) 300-0343

Counsel for Plaintiff Adean Hill, Jr.

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(i), counsel for Plaintiff certifies that Defendant defaulted and has never appeared in this action. There is accordingly no opposing party or counsel with whom to confer, and Plaintiff is aware of no opposition to the relief requested.

/s/ Mark L. Javitch
Mark L. Javitch

**CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

/s/ Mark L. Javitch
Mark L. Javitch